1  KEVIN V. RYAN (SBN 118321)
   United States Attorney
2  JOANN M. SWANSON (SBN 88143)
   Chief, Civil Division
3  DOUGLAS K. CHANG (SBN HI2922)
   Assistant United States Attorneys
4     450 Golden Gate Avenue, Box 36055
      San Francisco, California  94102
5     Telephone No.: (415) 436-6985
      Facsimile No.:  (415) 436-7169
6
7  Attorneys for Defendant
   United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re: ) | Case No. C 06-01813 WHA |
| ) | |
| U.S. DEPARTMENT OF EDUCATION, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| KATHLEEN MOURA, ) | |
| ) | |
| Appellee. ) | **ORDER REQUIRING MODIFICATION** |
| ) | **OF BANKRUPTCY COURT JUDGMENT** |
| ) | |
| In re: ) | |
| ) | |
| KATHLEEN MOURA, ) | |
| ) | |
| Debtor. ) | |

Pursuant to the Settlement Agreement filed by the parties, and for good cause shown,

IT IS HEREBY ORDERED that:

1.      The Settlement Agreement is approved and is hereby so ordered, decreed and adjudged;

2.      The bankruptcy court shall modify its judgment in adversary proceeding number 04-4337, to increase the nondischargeable portion of Kathleen Moura's debt due the U.S. Department of Education by $19,000, from $38,196.17 to $57,196.17;

3.      The remainder of the bankruptcy court's judgment shall remain unaffected and in full

1 | force and effect; and

2 |     4. This appeal shall be dismissed.

3 | IT IS SO ORDERED.

5 | Dated: March 28, 2006

                                WILLIAM H. ALSUP
                                United States District Judge

*(Stamp: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — APPROVED — Judge William H. Alsup)*

Order Requiring Modification
of Bankruptcy Court Judgment
C 06-01813-WHA                 2